**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03237-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JENNIFER XU,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted to the court a "Brief" (ECF No. 1).  Although not entirely clear, it appears that Plaintiff may be seeking some form of judicial relief in the District of Colorado.  Therefore, the instant civil action has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the "Brief" is deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue any claims.  If Plaintiff does not wish to pursue a civil action in this court, she should advise the court of that fact and the instant action will be dismissed without prejudice.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    xx    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by plaintiff/petitioner/applicant
(4)    __    is missing affidavit

(5)   __    affidavit is incomplete
(6)   __    affidavit is not notarized or is not properly notarized
(7)   __    names in caption do not match names in caption of complaint, petition or application
(8)   xx    other: <u>motion is necessary only if filing and administrative fees totaling $400.00 are not paid in advance</u>.

**Complaint or Petition**:
(9)   xx    is not submitted
(10)  __    is not on proper form (must use the court's current form)
(11)  __    is missing an original signature by the plaintiff/petitioner/applicant
(12)  __    is incomplete
(13)  __    uses et al. instead of listing all parties in caption
(14)  __    names in caption do not match names in text
(15)  __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  xx    other: <u>no jurisdictional authority or claims asserted</u>.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED November 26, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2