IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03237-BNB

JENNIFER XU,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Jennifer Xu, initiated this action by filing *pro se* a "Brief" in which she apparently attempted to request some form of judicial relief in the District of Colorado. The instant action was commenced and, on November 26, 2013, Magistrate Judge Boyd N. Boland entered an order directing Ms. Xu to cure certain deficiencies if she wished to pursue any claims. Specifically, Magistrate Judge Boland directed Ms. Xu to file a Complaint and either to pay filing and administrative fees totaling $400.00 or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Ms. Xu was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

    Ms. Xu has failed to cure the deficiencies within the time allowed and has failed to respond in any way to Magistrate Judge Boland's November 26 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Xu failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  8th  day of  January , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court